## Stith et al., Appellants, *v.* P.T.C. (et al., Appellant).

Argued June 21, 1966. *William H. Brown, III,* with him *Norris, Brown & Hall,* for appellant; *Allen Philip Silverman,* for appellant; *Michael Shekmar,* for appellant; *Edward Greer,* for appellee.

Orders affirmed.

WATKINS and HOFFMAN, JJ., dissented.

SPAULDING, J., took no part in the consideration or decision of this case.